**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Andrew R. MONTANO, Defendant–**
**Appellant.**

No. 07–10033.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 24, 2007 *.

Filed Sept. 28, 2007.

David L. Gappa, Esq., USF—Office of the U.S. Attorney, Fresno, CA, for Plaintiff–Appellee.

Eric V. Kersten, FPDCA—Federal Public Defender's Office, Fresno, CA, for Defendant–Appellant.

Before: CANBY, TASHIMA and RAWLINSON, Circuit Judges.

### MEMORANDUM **

Andrew R. Montano appeals from his guilty-plea conviction and the 156–month sentence imposed for use of a facility of interstate commerce to induce a minor to

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

engage in criminal sexual activity, in violation of 18 U.S.C. § 2422(b). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Montano's counsel has filed a brief stating that he finds no meritorious issues for review, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our examination of the brief and our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no arguable issues for review on direct appeal.

Appellant's pro se motion for appointment of counsel is **DENIED.** Counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**